790 A.2d 157

AETNA CASUALTY & SURETY COMPANY AND TRAVELERS PROPERTY & CASUALTY COMPANY, PLAINTIFFS–RESPONDENTS, v. JAMES SIMONE, DEBRA SIMONE, JIMMY SIMONE, AN INFANT BY HIS PARENTS JAMES AND DEBRA SIMONE, DEFENDANTS, AND VINCENT IORIO, AN INFANT BY HIS GUARDIAN AD LITEM RALPH IORIO, AND RALPH IORIO, INDIVIDUALLY, DEFENDANTS–APPELLANTS.

Argued January 14, 2002—Decided February 6, 2002.

*Kenneth G. Andres, Jr.*, argued the cause for appellants (*Andres & Berger*, attorneys; *Kevin Haverty*, on the brief).

*Michael B. Oropollo*, argued the cause for respondents (*Harwood Lloyd*, attorneys).

*Lawrence C. Wohl*, submitted a brief on behalf of amicus curiae, Association of Trial Lawyers—New Jersey (*Pellettieri, Rabstein & Altman*, attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge King's opinion of the Appellate Division, reported at 340 *N.J.Super.* 19, 773 *A.2d* 722 (2001).

*For affirmance*—Chief Justice PORITZ and Justices COLEMAN, LONG, VERNIERO, LaVECCHIA, and ZAZZALI—6.

*Opposed*—None.